| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division

Magistrate No.:

File: INDICTMENT

CR. No.: **C-13-147**

Filed: February 27, 2013

County: Brooks

LIONS #: 2013R03385

Judge: **JUDGE JOHN D. RAINEY**

Attorneys:

United States of America

KENNETH MAGIDSON, U.S. ATTORNEY
HUGO R. MARTINEZ, ASST. U.S. ATTORNEY

v.

**GRAND JURY ACTION**   APP'D   RET'D

DELIA ROJAS

**PLEASE INITIAL**

ERIC GOMEZ

TRUE BILL: _____

NO BILL: _____

Charge(s): Ct. 1: (Both Defendants) Did knowingly and intentionally conspire to possess with intent to distribute approximately forty-five and two-tenths kilograms of marihuana:
21 USC 846, 841(a)(1), and 841(b)(1)(D).
Ct. 2: (Both Defendants) Did knowingly and intentionally possess with intent to distribute approximately forty-five and two-tenths kilograms of marihuana:
21 USC 841(a)(1) and 841(b)(1)(D), and 18 USC 2.

Total Counts (2)

Penalty: Ct. 1: Not more than 5 years imprisonment, or a fine not to exceed $250,000, or both; at least 2 years SRT; and a $100 Special Assessment.
Ct. 2: Not more than 5 years imprisonment, or a fine not to exceed $250,000, or both; at least 2 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail: XXX
On Bond:
No Arrest: